AUGUST F. STAUFF & CO., INC. *v.* UNITED STATES

No. 5872.—Invoice-dated London, England, June 30, 1942.
Entered at New York, N. Y., July 29, 1942.
Entry No. 702109.

Second Division, Appellate Term

(Order dated May 12, 1943)

*Daniel P. McDonald* for the appellant.
*Paul P. Rao*, Assistant Attorney General, for the appellee.

Before TILSON, KINCHELOE, and LAWRENCE, Judges

ORDER

Upon reading the motion of Daniel P. McDonald, attorney for the above-named appellant, and giving due consideration thereto, it is hereby

ORDERED, ADJUDGED and DECREED that the application for review heretofore made be and the same hereby is dismissed.